```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/29/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE BETANCES,

                    Plaintiff,

- against -

CHESTNUT HOLDINGS OF
NEW YORK, INC.,

                    Defendants.

1:21-cv-04831

**STIPULATION OF DISCONTINUANCE WITH PREJUDICE**

    IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel, the attorneys of record for all parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be and the same hereby is discontinued with prejudice with each party to bear its own costs and expenses.

    IT IS FURHTER STIPULATED AND AGREED that this Court shall retain authority to enforce the terms of the parties' settlement agreement in connection with this action.

    This stipulation may be filed without further notice with the Clerk of the Court.

Dated:  New York, New York
                      July 28, 2021

| **THE HARMAN FIRM, LLP** | **GALLO VITUCCI KLAR LLP** |
|---|---|
| By:_____<br>    Walker G. Harman, Jr., Esq.<br>Attorneys for Plaintiff<br>244 5th Avenue #H211<br>New York, NY 10001<br>(214) 912 - 9982<br>wharman@theharmanfirm.com<br>*Attorneys for Plaintiff* | By:_____<br>    Howard Cogan, Esq.<br>Attorney for Defendant<br>90 Broad Street, Suite 1202<br>New York, NY 10004<br>(212) 683 - 7100<br>hcogan@gvlaw.com<br>*Attorneys for Defendant* |

```
SO ORDERED.
ALISON J. NATHAN, U.S.D.J.
7/29/21
```